## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 450 MAL 2014
:
               Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
         v.            :
:
:
:
THOMAS JAMES CERAUL,     :
:
               Petitioner     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.